```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 13436
   LONNIE M PINNICK
   SHAWANNNN D BEW PINNICK                          CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-3863      SSN XXX-XX-6812
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/19/06 and confirmed on 04/04/07.

    2.  The case was dismissed after confirmation, 09/21/2007.

    3.  The Debtor paid a total of $   1600.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CNAC | SECURED VEHIC | 340.00 | .00 | 340.00 |
| WILL COUNTY TREASURER | SECURED | 160.00 | .00 | 160.00 |
| JOLIET FURNITURE MART | SECURED | 210.00 | 1.03 | 68.97 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CHILD SUPPORT ADULT & FA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 7738.31 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 300.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 334.33 | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | FILED LATE | .00 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 1672.00 | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 475.47 | .00 | .00 |
| CARMISHA RILEY | CHILD SUPPORT | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOLIET FURNITURE MART | UNSECURED | 330.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 470.20 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 969.09 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 149.44 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 32.12 | .00 | .00 |

            Summary of disbursements:
---

```
                     SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    710.00      8187.75      4283.21            .00       13180.96
PRINCIPAL PAID        568.97          .00          .00            .00         568.97
INTEREST PAID           1.03          .00          .00            .00           1.03
TOTAL PAID            570.00          .00          .00            .00         570.00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    2500.00
and was paid $      746.00   direct and $      974.38   through the plan.

The Trustee received $       55.62 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE